Richard L. PECK, Movant, v. COMMON-WEALTH of Kentucky. Opposed.

Court of Appeals of Kentucky.
May 16, 1952.

William G. Reed, Carrollton, for movant.
A. E. Funk, Atty. Gen., for opposed.

PER CURIAM.

Motion for an appeal from the Carroll Circuit Court by Richard L. Peck from a judgment convicting him of unlawfully operating a motor vehicle upon the public highways with a gross weight in excess of 42,000 pounds, and fixing his punishment at a fine of $500.

A consideration of the record discloses no error prejudicial to movant's substantial rights and the judgment is affirmed.